*$12.40*
*# 7378*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------

IN RE:                                                BK NO. 04-22663

STEVEN L & DEBORAH A KIRWAN
       Debtor(s)
---------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

   Verizon North
   AFNI/Verizon
   404 Brock Drive
   Bloomington IL 61701

2. Your Trustee's check for $12.40, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: July 20, 2010
       Rochester, NY
                                               /s/_____
                                               GEORGE M. REIBER, TRUSTEE



FILED
JUL 2 2 2010
BANKRUPTCY COURT
ROCHESTER, NY